153-24568-10

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00104-CV

CAROL HALL

APPELLANT

V.

PARK PLACE MOTORCARS MID
CITIES, LTD., D/B/A PARK PLACE
MOTORCARS BEDFORD,
MERCEDES-BENZ USA, L.L.C.

APPELLEES

------------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

On April 10, 2013, we sent the parties a letter suggesting that this case may be appropriate for referral to an alternative dispute resolution procedure. On April 19, 2013, appellees filed a written objection to the proposed referral. Because we have determined that there is a reasonable basis for the objection, we sustain the objection.

The clerk's record and reporter's records remain due on or before **Monday, April 22, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk and the court reporter.

DATED April 22, 2013.

PER CURIAM